U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILE —— AFTER HOURS

JUL 2 0 2011

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )    2:10-CR-473-KJD (GWF)
)
AMBER SOULETTE, )
)
    Defendant. )

**FINAL ORDER OF FORFEITURE AS TO
DEFENDANT AMBER SOULETTE**

On April 19, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to 18 United States Code 924, and 28 United States Code § 2461(c) forfeiting property of defendant AMBER SOULETTE to the United States of America. Docket #46;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant AMBER SOULETTE.

DATED this 20th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE