**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                                    )<br>                     Plaintiff,             )<br>                                                    )<br>          v.                                       )<br>                                                    )<br> AMBER SOULETTE,                  )<br>                                                    )<br>                     Defendant.         ) | 2:10-CR-473-KJD-(GWF) |

**FINAL ORDER OF FORFEITURE**

On April 19, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant AMBER SOULETTE to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum, and shown by the United States to have the requisite nexus to the offense to which defendant AMBER SOULETTE pled guilty. Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 45; Plea Memorandum, ECF No. 44; Preliminary Order of Forfeiture, ECF No. 46.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law by publishing in the Las Vegas Review Journal/Sun on April 29, 2011, May 6, 2011, and May 13, 2011, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 51.

. . .

1    On September 28, 2011, JEFFREY QUINN was served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 60.

On March 12, 2012, PATRICK WOOTAN was served by personal service with a copy of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 61.

This Court finds no petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    a Savage Arms, model 720, semi-automatic 12 gauge shotgun, bearing serial number 92322;

    b.    a Savage Arms, model 99E, 308 caliber lever action rifle, bearing serial number 1067233; and

    c.    any and all ammunition ("property").

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this  22nd  day of  August , 2012.

_____
UNITED STATES DISTRICT JUDGE